Michelle R. Matheson  #019568
MATHESON & MATHESON, P.L.C.
14358 N. Frank Lloyd Wright Blvd.
Suite 11
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

BRYAN CAVE LLP, #00145700
Jay A. Zweig, #011153
Melissa R. Costello, #020993
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7300
Fax:  (602) 716-8300
jay.zweig@bryancave.com
melissa.costello@bryancave.com
Attorneys for Defendant FDIC, as
  Receiver for American Sterling Bank

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY POWERS,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for American Sterling Bank,<br><br>    Defendant. | No. CV 09-1344-PHX-GMS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**(Judge G. Murray Snow)** |

Plaintiff Kelly Powers and Defendant Federal Deposit Insurance Corporation, as Receiver for American Sterling Bank, stipulate that this case be dismissed with prejudice, each party to bear their owns costs and attorneys' fees.

C071184/0303932/670411.1

DATED this 16th day of June, 2010.

s/ Michelle R. Matheson
Michelle R. Matheson
Matheson & Matheson, P.L.C.
14358 North Frank Lloyd Wright Blvd., #13
Scottsdale, Arizona 85260
Attorneys for Plaintiff

s/ Jay A. Zweig
Jay A. Zweig
Melissa R. Costello
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
Attorneys for Defendant Federal Deposit Insurance Corporation, as Receiver for American Sterling Bank

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of June, 2010, I electronically transmitted a PDF version of this document to the Office of the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

Michelle R. Matheson
Matheson & Matheson, P.L.C.
14358 North Frank Lloyd Wright Blvd., #13
Scottsdale, Arizona 85260
Attorneys for Plaintiff


s/ Jay A. Zweig